IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KRISTI ROHLFING,

      Plaintiff,                      No. CIV 11-1042 GEB EFB PS

vs.

F. DON SOKOL, and DOES 1-100,

      Defendants.               ORDER

_____/

      This case, in which plaintiff was originally proceeding *pro se*, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21).  *See* 28 U.S.C. § 636(b)(1).  On October 18, 2011, attorney David Springfield filed a notice of substitution as plaintiff's counsel in this case, along with a proposed order approving the substitution and a request for a short continuance of the October 17, 2011 deadline for filing an amended complaint in this action. Dckt. No. 11.  The substitution of counsel will be approved and the request for a continuance will be granted.

      Because plaintiff is now represented by counsel, the referral to the magistrate judge will be withdrawn and the case will be referred back to the district judge.  Therefore, all currently scheduled dates presently set before the undersigned will be vacated.  The undersigned will, however, continue to perform the usual discovery tasks associated with ordinary civil cases.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The substitution of counsel filed October 18, 2011, Dckt. No. 11, is approved;

2. The deadline for plaintiff to file an amended complaint, as provided in the July 27 and August 31, 2011 orders, Dckt. Nos. 6 and 10, is continued to November 11, 2011; and

3. The referral of this case to the magistrate judge is withdrawn and the case is referred back to the district judge.

SO ORDERED.

Dated:  October 19, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE